**Boyd Thomas MAHON, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 35423.

Court of Criminal Appeals of Texas.

March 6, 1963.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

WOODLEY, Presiding Judge.

The offense is the sale of marihuana; the punishment, 15 years.

The prior opinion and order affirming the conviction is withdrawn and the appeal is abated, for the same reasons and upon the same conditions shown in the opinion in Tex.Cr.App., 365 S.W.2d 162.